860

No. 88–5087.  GOWIN v. ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–5090.  HALL v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 88–5093.  RICH v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–5094.  LITTLEFIELD v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 88–5095.  CHAVEZ v. TAYLOR, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 88–5096.  BROWN v. RYAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 88–5097.  JONES v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–5100.  BEASLEY v. HEDRICK, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 88–5101.  IBEKWE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5102.  NICOLAU v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 88–5103.  BIRTH v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–5105.  BURY v. HERRINGTON, SECRETARY OF ENERGY. C. A. D. C. Cir.  Certiorari denied.

No. 88–5106.  LOGARUSIC v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 88–5108.  HUTCH v. HAWAII.  Sup. Ct. Haw.  Certiorari denied.

No. 88–5109.  KUSEK v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.